# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GAHAGAN,<br><br>           Plaintiff,<br><br>           v.<br><br>JASON ERWIN,<br><br>           Defendant. | Case No. 5:17-cv-00500-FMO (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 24, 2018

                                                  /s/
                                  HONORABLE FERNANDO M. OLGUIN
                                  United States District Judge